# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Cook<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        6:26-mj- 1033<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 31, 2025   in the county of   Volusia   in the
Middle   District of   Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | knowing transmission of a true threat to injure the person of another, in interstate commerce. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

John Rolander, SA, U.S. Secret Service
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   01/12/2026

*Judge's signature*

City and state:   Orlando, FL     Robert M. Norway, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                    CASE NO. 6:26-mj-1033

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Rolander, being first duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.       I am a Special Agent (SA) with the United States Secret Service (USSS) and have been so employed since August 2004. My assigned duties include the investigation of federal criminal offenses, including threats directed towards current and former protectees of the USSS. This includes threatening communications in violation of 18 U.S.C. § 875, threats against the President and successors of the Presidency in violation of 18 U.S.C. § 871, as well as threats against former Presidents and certain other persons protected by the USSS covered by 18 U.S.C. § 879, and related crimes.

1.       I have been trained in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. I have also received training on criminal violations at various conferences and venues.

2.       I submit this affidavit in support of a criminal complaint charging DANIEL COOK ("**COOK**"), a U.S. citizen who resides in Edgewater,

Florida, with transmitting in interstate commerce a threat to injure, in violation of 18 U.S.C. § 875(c).

3.  The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

4.  On or about November 7, 2025, at approximately 7:47 a.m., X.com ("Twitter") user "@D13X***", with the display name "NeverDead**" posted the following:

> "Hey prick @GovRonDeSantis You are both a bozo and a Bonzo. And miss Attorney General Pam Bondi will kill you in court. While I laugh. Fuck you, Ron DeSantis, Omerta, I will kill you. Don't worry, you will die, pig."

5.  Florida Department of Law Enforcement (FDLE) obtained a subpoena for subscriber information from Twitter for the account @D13Xiii. The subpoena results provided an account ID of 1873547288326602752, email address neverdead**@icloud.com, phone number ***-***-1762, creation

2

Internet Protocol (IP) address 208.131.130.47, created on December 30, 2024, 01:51:15:576 Z, and an IP audit.

6. On November 21, 2025, FDLE submitted a subpoena and Non-Disclosure Order to Apple Inc., for account information regarding the email address neverdead**@icloud.com.

7. On December 5th, 2025, FDLE received received a subpoena return from Apple Inc. that included account information and the iCloud log. The return identified the owner of the email address neverdead**@icloud.com as Daniel Cook with a registered address of *** Lewis Street, Edgewater, FL. Also, additional emails verified with the Apple account were ****dancook@aol.com and death**X***@yahoo.com.

8. On December 16, 2025, FDLE was contacted by Volusia County Sheriff's Office (VCSO) who advised they had located Daniel Cook at his residence at *** Lewis Street, Edgewater, Florida and conducted a consensual, non-custodial interview with him. VCSO provided FDLE with an audio recording of the interview. During the VCSO interview, **COOK** admitted that the X account "NeverDead**" was his and that he had made the post as an expression of frustration related to feeling blamed and marginalized over a prior incident. **COOK** offered to take down the threatening post. At the end of the encounter **COOK** provided his telephone number ***-***-1762 which is listed on the X account that communicated the written threat.

3

9. On December 31, 2025, the FDLE was notified by the Texas Department of Public Safety (TDPS) Homeland Security Division and the Texas Fusion Center (TXFC) that during proactive monitoring, a threatening X post to the United States Secret Service (USSS) Director Sean Curran was observed on X account @D13X***. The post was made on December 30, 2025, at 11:29 p.m., Central Standard Time (CST) and stated the following:

> "@SecretService Sean Curran. I'll kill you. Mark my words. You cunt butch. Fuck you die."

10. The TXFC requested an Emergency Disclosure Report (EDR) for the X account users' information and provided them to FDLE. The EDR results are consistent with previous subpoena results of the account user information of Daniel Joseph **COOK**, with an address of *** Lewis Street, Edgewater, Florida, and telephone number ***-***-1762. In the Internet Protocol (IP) log provided by the EDR, the IP address 35.139.185.78 was used during the time frame of the threat posted. The IP address returns to the approximate location of Edgewater, Florida which is consistent with **COOK's** physical address.

## CONCLUSION

11. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Daniel **COOK** knowingly transmitted in

4

interstate commerce a true threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

                                                     John Rolander, Special Agent
                                                   U.S. Secret Service

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 12th day of January 2026.

HON. ROBERT M. NORWAY
United States Magistrate Judge

5